February 17, 1977.

M. P. No. 76-321. In re: Petition of E. Martin Stutchfield. Petition of E. Martin Stutchfield for admission to the bar of the State of Rhode Island is assigned to the calendar for March 10, 1977, 9:30 a.m. for oral argument. *S. Arlene Violet*, for petitioner.

M. P. No. 77-18. Ella Apostolou *et al. v.* Aurelio B. Genovesi *et al.* Petition for writ of certiorari is granted and the writ shall issue forthwith. The parties are directed to argue in briefs and oral argument the issue, among the other issues presented by this case, as to whether the extent of review of the Superior Court judge under G.L. 1956 (1970 Reenactment), §45-24-20, is different from or the same as the extent of review which was established by this court in zoning cases previous to the enactment of the statute. See *Caluori* v. *Zoning Board of Review*, 100 R.I. 402, 216 A.2d 515 (1966); *Laudati* v. *Zoning Board of Review*, 91 R.I. 116, 161 A.2d 198 (1960). *Jeremiah S. Jeremiah, Jr.*, for plaintiffs-respondents. *Adler, Pollock & Sheehan Incorporated, Peter Lawson Kennedy, Richard C. DeYoung III*, for petitioner R.J. Mfg. Co., Inc.